**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: January 20, 2023  
Docket #: 23-78  
Short Title: DarkPulse, Inc. v. FirstFire Global Opportunities Fund, LLC

DC Docket #: 21-cv-11222  
DC Court: SDNY (NEW YORK CITY)  
DC Judge: Ramos

# NOTICE OF RECORD ON APPEAL FILED

In the above referenced case the document indicated below has been filed in the Court.

\_\_\_\_ Record on Appeal - Certified List

\_\_\_\_ Record on Appeal - CD ROM

\_\_\_\_ Record on Appeal - Paper Documents

\_X\_\_\_ Record on Appeal - Electronic Index

\_\_\_\_ Record on Appeal - Paper Index

Inquiries regarding this case may be directed to 212-857-8577.