NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: DARKPULSE, INC. (Appellant) v FIRSTFIRE GLOBAL, et. al.  Docket No.: 23-78

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Mark R. Basile, Esq.

Firm: The Basile Law Firm P.C.

Address: 390 N. Broadway, Ste. 140, Jericho, New York 11753

Telephone: 516.455.15400 x110          Fax: 631.498.0478

E-mail: mark@thebasilelawfirm.com

Appearance for: DARKPULSE, INC.   / Appellant
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel:_____)
(name/firm)

☐ Substitute counsel (replacing other counsel:_____)
(name/firm)

☒ Additional counsel (co-counsel with: Gustave Passanante, Esq. / The Basile Law Firm P.C. )
(name/firm)

☐ Amicus (in support of:_____)
(party/designation)

CERTIFICATION

I certify that:

☒ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: _____

Type or Print Name: Mark R. Basile, Esq.