# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT |||
|---|---|---|
| **CASE TITLE**<br>DARKPULSE, INC.,<br>Plantiff,<br><br>-against-<br>FIRSTFIRE GLOBAL | **DISTRICT**<br>Southern District New York | **DOCKET NUMBER**<br>1:21-cv-11222-ER |
| | **JUDGE**<br>Edgardo Ramos | **APPELLANT**<br>DarkPulse Inc. |
| | **COURT REPORTER**<br>21 Civ.11222(ER) | **COUNSEL FOR APPELLANT**<br>The Basile Law Firm, P.C. |

| | |
|---|---|
| Check the applicable provision:<br>☐ **I am ordering a transcript.**<br>☐ **I am not ordering a transcript**<br><br>**Reason for not ordering a transcript:**<br>☐ **Copy is already available**<br>☒ **No transcribed proceedings**<br>☐ **Other** (Specify in the space below): | **PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)<br><br><br><br>**METHOD OF PAYMENT** ☐ **Funds** ☐ **CJA Voucher (CJA 21)** |
| **INSTRUCTIONS TO COURT REPORTER:**<br>☐ **PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS**<br>☐ **PREPARE TRANSCRIPT OF TRIAL**<br>☐ **PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS**<br>☐ **OTHER** (Specify in the space below): | **DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE) |

**I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. See FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.**

| COUNSEL'S SIGNATURE<br>/s/ Mark R. Basile | DATE<br>01/31/2023 |
|---|---|

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| **SIGNATURE OF COURT REPORTED** | | **DATE** |