# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
## CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)

**1. SEE NOTICE ON REVERSE.**   **2. PLEASE TYPE OR PRINT.**   **3. STAPLE ALL ADDITIONAL PAGES**

| Case Caption: | District Court or Agency: | Judge: |
|---|---|---|
| DARKPULSE, INC., Plantiff, <br><br> -against- <br><br> FIRSTFIRE GLOBAL OPPORTUNITIES FUND, LLC and ELI FIREMAN, Defendants. | Southern District of New Yo | Edgardo Ramos |
| | Date the Order or Judgment Appealed from was Entered on the Docket: <br> 01/17/23 | District Court Docket No.: <br> 21 Civ. 11222 (ER) |
| | Date the Notice of Appeal was Filed: <br> 01/17/23 | Is this a Cross Appeal? <br> Yes ☐ No |

| Attorney(s) for Appellant(s): <br> ☐ Plaintiff <br> Defendant | Counsel's Name: <br> Mark Basile <br> The Basile Law Firm, P.C. <br> 516-455-1500 | Address: <br> 390 N. Broadway, Suite 140 <br> Jericho, NY 11753 | Telephone No.: | Fax No.: | E-mail: <br> mark@thebasilelawfirm.com |
|---|---|---|---|---|---|
| Attorney(s) for Appellee(s): <br> Plaintiff <br> ☐ Defendant | Counsel's Name: <br> Aaron Harvey Marks <br> Kirkland & Ellis LLP (NYC) <br> 601 Lexington Avenue <br> New York, NY 10022 <br> 212-446-4800 <br> aaron.marks@kirkland.com | Address: | Telephone No.: | Fax No.: | E-mail: |

| Has Transcript Been Prepared? | Approx. Number of Transcript Pages: | Number of Exhibits Appended to Transcript: | Has this matter been before this Circuit previously?   Yes   ☐ No <br><br> If Yes, provide the following: <br><br> Case Name: <br><br> 2d Cir. Docket No.:        Reporter Citation: (i.e., F.3d or Fed. App.) |
|---|---|---|---|

*ADDENDUM "A"*: COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION; (2) THE RESULT BELOW; (3) A COPY OF THE NOTICE OF APPEAL AND A CURRENT COPY OF THE LOWER COURT DOCKET SHEET; AND (4) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL, INCLUDING TRANSCRIPTS OF ORDERS ISSUED FROM THE BENCH OR IN CHAMBERS.

*ADDENDUM "B"*: COUNSEL MUST ATTACH TO THIS FORM A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.

## PART A: JURISDICTION

| 1. Federal Jurisdiction | 2. Appellate Jurisdiction |
|---|---|
| U.S. a party        Diversity | ☐ Final Decision        Order Certified by District Judge (i.e., Fed. R. Civ. P. 54(b)) |
| ☐ Federal question (U.S. not a party)        Other (specify): _____ | Interlocutory Decision Appealable As of Right        Other (specify): _____ |

**IMPORTANT. COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.**

## PART B: DISTRICT COURT DISPOSITION (Check as many as apply)

| 1. Stage of Proceedings | 2. Type of Judgment/Order Appealed | | 3. Relief | |
|---|---|---|---|---|
| ☐ Pre-trial<br>During trial<br>After trial | Default judgment<br>Dismissal/FRCP 12(b)(1)<br>  lack of subj. matter juris.<br>☒ Dismissal/FRCP 12(b)(6)<br>  failure to state a claim<br>Dismissal/28 U.S.C. § 1915(e)(2)<br>  frivolous complaint<br>Dismissal/28 U.S.C. § 1915(e)(2)<br>  other dismissal | Dismissal/other jurisdiction<br>Dismissal/merit<br>Judgment / Decision of the Court<br>Summary judgment<br>Declaratory judgment<br>Jury verdict<br>Judgment NOV<br>Directed verdict<br>Other (specify): | ☐ Damages:<br><br>Sought: $ _____<br>Granted: $ _____<br>Denied: $ _____ | Injunctions:<br><br>Preliminary<br>Permanent<br>Denied |

## PART C: NATURE OF SUIT (Check as many as apply)

| 1. Federal Statutes | | | 2. Torts | 3. Contracts | 4. Prisoner Petitions |
|---|---|---|---|---|---|
| Antitrust<br>Bankruptcy<br>Banks/Banking<br>Civil Rights<br>Commerce,<br>Energy<br>Commodities<br>☒ Other (specify): RICO | Communications<br>Consumer Protection<br>Copyright ☐ Patent<br>Trademark<br>Election<br>Soc. Security<br>Environmental | Freedom of Information Act<br>Immigration<br>Labor<br>OSHA<br>☐ Securities<br>Tax | Admiralty/<br>Maritime<br>Assault /<br>Defamation<br>FELA<br>Products Liability<br>Other (Specify): | Admiralty/<br>Maritime<br>Arbitration<br>Commercial<br>Employment<br>Insurance<br>Negotiable<br>Instruments<br>Other Specify | Civil Rights<br>Habeas Corpus<br>Mandamus<br>Parole<br>Vacate Sentence<br>Other |

| 5. Other | 6. General | 7. Will appeal raise constitutional issue(s)? |
|---|---|---|
| Forfeiture/Penalty<br>Real Property<br>Treaty (specify): _____<br>Other (specify): _____ | Arbitration<br>Attorney Disqualification<br>Class Action<br>Counsel Fees<br>Shareholder Derivative<br>Transfer | Yes     ☒ No<br><br>Will appeal raise a matter of first impression?<br><br>Yes     ☒ No |

1. Is any matter relative to this appeal still pending below?   Yes, specify: _____   ☒ No

2. To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which:
   - (A) Arises from substantially the same case or controversy as this appeal?    Yes    ☒ No
   - (B) Involves an issue that is substantially similar or related to an issue in this appeal?    ☐ Yes    No

If yes, state whether "A," or ☐ 'B," or both are applicable, and provide in the spaces below the following information on the *other* action(s):

| Case Name: | Docket No. | Citation: | Court or Agency: |
|---|---|---|---|
| EMA Financial, LLC v. Joey Chancis, et al | 22-0274-cv(L) | EMA Financial, LLC v. Joey Chancis, et al, Case No. 22-0274cv(L) | 2d Circuit Court of Appeals |

Name of Appellant: Joey Chancis

| Date: 01/31/2023 | Signature of Counsel of Record: /s/ Mark R. Basile |
|---|---|

## NOTICE TO COUNSEL

**Once you have filed your Notice of Appeal with the District Court or the Tax Court, you have only 14 days in which to complete the following important steps:**

1. Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file it with the Clerk of the Second Circuit in accordance with LR 25.1.
2. File the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Second Circuit in accordance with LR 25.1.
3. Pay the $505 docketing fee to the United States District Court or the $500 docketing fee to the United States Tax Court unless you are authorized to prosecute the appeal without payment.

    **PLEASE NOTE: IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN 14 DAYS, YOUR APPEAL WILL BE DISMISSED.** *SEE* LOCAL RULE 12.1.