**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)**

**ADDENDUM "B"**

**List of Proposed Issues and Applicable Standard of Review**

<u>**Issue 1:**</u>

Whether the district court erred in its choice of law rulings.

<u>Standard of Review:</u> *De Novo*. When the issue on appeal involves the interpretation of a state statute and the definition of its terms presents a question of law, the Second Circuit reviews legal conclusions de novo. *KLC, Inc. v. Trayner*, 426 F.3d 172, 174 (2d Cir. 2005).

<u>**Issue 2:**</u>

Whether the district court erred in holding that Plaintiffs had failed to state a claim under section 29(b) of the Exchange Act.

<u>Standard of Review:</u> *De Novo*. *KLC, Inc. v. Trayner*, 426 F.3d 172, 174 (2d Cir. 2005).