# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARKPULSE, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> FIRSTFIRE GLOBAL OPPORTUNITIES FUND, LLC, and ELI FIREMAN, <br><br> *Defendants.* | CIVIL ACTION NO. 1:21-cv-11222-ER <br><br> **NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE** that Plaintiff DarkPulse, Inc., by and through their undersigned counsel, in the above named case hereby appeals to the United States Court of Appeals for the Second Circuit, from the attached Order and Judgment, both entered January 17, 2023, that granted Defendants' Motion to Dismiss, dated May 26, 2022, a copy of each is enclosed herein.

DATED: Jericho, New York
January 17, 2023

**THE BASILE LAW FIRM, P.C.**

By: */s/ Gustave P. Passanante*
Gustave P. Passanante, Esq.
Eric J. Benzenberg, Esq.
390 N. Broadway, Ste. 140
Jericho, NY 11753
Tel.:  (516) 455-1500
Fax:   (631) 498-0748
Email: gus@thebasilelawfirm.com
       eric@thebasilelawfirm.com

*Attorneys for Plaintiff DarkPulse, Inc.*