APPEAL,ECF,REOPEN

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:21-cv-11222-ER

DarkPulse, Inc. v. FirstFire Global Opportunities Fund, LLC et al
Assigned to: Judge Edgardo Ramos
Cause: 28:1331sv Fed. Question: Securities Violation

Date Filed: 12/31/2021
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**DarkPulse, Inc.**     represented by     **Eric Benzenberg**
The Basile Law Firm, P.C.
390 N. Broadway
Suite 140
Jericho, NY 11753
516-455-1500
Fax: 631-498-0478
Email: eric@thebasilelawfirm.com
*ATTORNEY TO BE NOTICED*

**Mark R. Basile**
The Basile Law Firm P.C.
390 N. Broadway
Ste 140
Jericho, NY 11753
516-455-1500
Email: mark@thebasilelawfirm.com
*ATTORNEY TO BE NOTICED*

**Gustave Paul Passanante**
The Basile Law Firm P.C.
390 North Broadway
Suite 140
Jericho, NY 11753
516-455-1500
Email: gus@thebasilelawfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**FirstFire Global Opportunities Fund, LLC**     represented by     **Aaron Harvey Marks**
Kirkland & Ellis LLP (NYC)
601 Lexington Avenue
New York, NY 10022
212-446-4800
Fax: 212-446-4900
Email: aaron.marks@kirkland.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Byron De Angelo Mille Pacheco**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
212-446-4800
Email: byron.pacheco@kirkland.com
*ATTORNEY TO BE NOTICED*

**Julia Devereux Harper**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
212-390-4224
Email: julia.harper@kirkland.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Eli Fireman** | represented by | **Aaron Harvey Marks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Byron De Angelo Mille Pacheco**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Julia Devereux Harper**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/31/2021 | 1 | COMPLAINT against Eli Fireman, FirstFire Global Opportunities Fund, LLC. (Filing Fee $ 402.00, Receipt Number ANYSDC-25526956)Document filed by DarkPulse, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(Passanante, Gustave) (Entered: 12/31/2021) |
| 12/31/2021 | 2 | REQUEST FOR ISSUANCE OF SUMMONS as to FirstFire Global Opportunities Fund, LLC, re: 1 Complaint,. Document filed by DarkPulse, Inc...(Passanante, Gustave) (Entered: 12/31/2021) |
| 12/31/2021 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Eli Fireman, re: 1 Complaint,. Document filed by DarkPulse, Inc...(Passanante, Gustave) (Entered: 12/31/2021) |
| 12/31/2021 | 4 | CIVIL COVER SHEET filed..(Passanante, Gustave) (Entered: 12/31/2021) |
| 12/31/2021 | 5 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by DarkPulse, Inc...(Passanante, Gustave) (Entered: 12/31/2021) |
| 01/03/2022 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Edgardo Ramos. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district-judges. Attorneys are responsible for providing courtesy copies to judges where their Individual |

| | | |
|---|---|---|
| | | Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf-related-instructions..(sj) (Entered: 01/03/2022) |
| 01/03/2022 | | Magistrate Judge James L. Cott is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (sj) (Entered: 01/03/2022) |
| 01/03/2022 | | Case Designated ECF. (sj) (Entered: 01/03/2022) |
| 01/03/2022 | 6 | ELECTRONIC SUMMONS ISSUED as to FirstFire Global Opportunities Fund, LLC..(sj) (Entered: 01/03/2022) |
| 01/03/2022 | 7 | ELECTRONIC SUMMONS ISSUED as to Eli Fireman..(sj) (Entered: 01/03/2022) |
| 01/04/2022 | 8 | NOTICE OF APPEARANCE by Eric Benzenberg on behalf of DarkPulse, Inc...(Benzenberg, Eric) (Entered: 01/04/2022) |
| 01/06/2022 | 9 | NOTICE OF APPEARANCE by Mark R. Basile on behalf of DarkPulse, Inc...(Basile, Mark) (Entered: 01/06/2022) |
| 01/14/2022 | 10 | WAIVER OF SERVICE RETURNED EXECUTED. Eli Fireman waiver sent on 1/13/2022, answer due 3/14/2022. Document filed by DarkPulse, Inc...(Passanante, Gustave) (Entered: 01/14/2022) |
| 01/14/2022 | 11 | WAIVER OF SERVICE RETURNED EXECUTED. FirstFire Global Opportunities Fund, LLC waiver sent on 1/13/2022, answer due 3/14/2022. Document filed by DarkPulse, Inc...(Passanante, Gustave) (Entered: 01/14/2022) |
| 01/14/2022 | 12 | PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document filed by DarkPulse, Inc.. (Attachments: # 1 Text of Proposed Order, # 2 Affidavit O'Leary). (Passanante, Gustave) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** (Entered: 01/14/2022) |
| 01/14/2022 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document No. 12 Proposed Order to Show Cause With Emergency Relief was reviewed and approved as to form. (km)** (Entered: 01/14/2022) |
| 01/14/2022 | 13 | NOTICE OF APPEARANCE by Aaron Harvey Marks on behalf of Eli Fireman, FirstFire Global Opportunities Fund, LLC..(Marks, Aaron) (Entered: 01/14/2022) |
| 01/14/2022 | 14 | ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER: Upon consideration of the Declaration of Dennis O' Leary, Dated January 14, 2022; Plaintiff's motion for Temporary restraining Order, and accompanying memorandum of law, it is hereby ORDERED, that Defendants FirstFire Global Opportunities Fund, LLC, and Eli Fireman ("Defendants") show cause before the Honorable Edgardo Ramos, U.S. District Judge of the United States District Court for the Southern District of New York, at courtroom 619, United States Courthouse, 40 Foley Square in the City, County and State of New York on January 21, 20222 at 2:00 p.m. or a soon thereafter as counsel may be heard, why an Order should not be issued. It is further ORDERED that delivery by Electronic Service via ECF and email of a copy of this Order to Show Cause and the papers upon which it is based upon Defendant or their counsel, who have agreed to accept service electronically, hall be deemed good and sufficient service thereof; it is further ORDERED that Plaintiff Darkpulse, Inc, must submit its motion for a preliminary injunction by January 17, 2022 and it is further ORDERED that answering papers, if any shall be electronically served no than Wednesday, January 19 by 6:00 pm. |

| | | |
|---|---|---|
| | | Reply papers by Thursday Jan. 20 by 6:00 pm. ( Show Cause Hearing set for 1/21/2022 at 02:00 PM in Courtroom 619, 40 Centre Street, New York, NY 10007 before Judge Edgardo Ramos.), ( Motions due by 1/17/2022., Responses due by 1/19/2022, Replies due by 1/20/2022.) (Signed by Judge Edgardo Ramos on 1/14/2022) (ate) (Entered: 01/14/2022) |
| 01/14/2022 | 15 | NOTICE OF APPEARANCE by Byron De Angelo Mille Pacheco on behalf of Eli Fireman, FirstFire Global Opportunities Fund, LLC..(Pacheco, Byron) (Entered: 01/14/2022) |
| 01/14/2022 | 16 | NOTICE OF APPEARANCE by Julia Devereux Harper on behalf of Eli Fireman, FirstFire Global Opportunities Fund, LLC..(Harper, Julia) (Entered: 01/14/2022) |
| 01/17/2022 | 17 | BRIEF re: 14 Order to Show Cause,,,,,,, Set Deadlines,,,,,, . Document filed by DarkPulse, Inc.. (Attachments: # 1 Text of Proposed Order, # 2 O'Leary Declaration, # 3 Exhibit Historical Data, # 4 Exhibit Market Capital Spreadsheet).(Passanante, Gustave) (Entered: 01/17/2022) |
| 01/19/2022 | 18 | MEMORANDUM OF LAW in Opposition re: 14 Order to Show Cause,,,,,,, Set Deadlines,,,,,, . Document filed by Eli Fireman, FirstFire Global Opportunities Fund, LLC.. (Marks, Aaron) (Entered: 01/19/2022) |
| 01/19/2022 | 19 | DECLARATION of Eli Fireman in Opposition re: 14 Order to Show Cause,,,,,,, Set Deadlines,,,,,,. Document filed by Eli Fireman, FirstFire Global Opportunities Fund, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F).(Marks, Aaron) (Entered: 01/19/2022) |
| 01/19/2022 | 20 | DECLARATION of Aaron H. Marks in Opposition re: 14 Order to Show Cause,,,,,,, Set Deadlines,,,,,,. Document filed by Eli Fireman, FirstFire Global Opportunities Fund, LLC. (Attachments: # 1 Exhibit G, # 2 Exhibit H, # 3 Exhibit I, # 4 Exhibit J, # 5 Exhibit K, # 6 Exhibit L).(Marks, Aaron) (Entered: 01/19/2022) |
| 01/19/2022 | 21 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by FirstFire Global Opportunities Fund, LLC..(Marks, Aaron) (Entered: 01/19/2022) |
| 01/20/2022 | 22 | BRIEF re: 14 Order to Show Cause,,,,,,, Set Deadlines,,,,,, *Reply Memorandum of Law in Support of Preliminary Injunction*. Document filed by DarkPulse, Inc...(Passanante, Gustave) (Entered: 01/20/2022) |
| 01/21/2022 | 23 | ORDER: For the reasons stated on the record at the hearing, DarkPulse's motion for a preliminary injunction is DENIED. IT IS SO ORDERED. (Signed by Judge Edgardo Ramos on 1/21/2022) (ama) (Entered: 01/21/2022) |
| 02/03/2022 | 24 | TRANSCRIPT of Proceedings re: CONFERENCE held on 1/21/2022 before Judge Edgardo Ramos. Court Reporter/Transcriber: Paula Horovitz, (212) 805-0348. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/24/2022. Redacted Transcript Deadline set for 3/7/2022. Release of Transcript Restriction set for 5/4/2022..(Moya, Goretti) (Entered: 02/03/2022) |
| 02/03/2022 | 25 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 1/21/22 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 02/03/2022) |
| 03/14/2022 | 26 | LETTER MOTION for Conference / *Requesting a Pre-Motion Conference Regarding Defendants' Anticipated Motion to Dismiss* addressed to Judge Edgardo Ramos from Aaron |

| | | |
|---|---|---|
| | | Marks dated March 14, 2022. Document filed by Eli Fireman, FirstFire Global Opportunities Fund, LLC..(Marks, Aaron) (Entered: 03/14/2022) |
| 03/14/2022 | 27 | ORDER granting 26 Letter Motion for Conference re: 26 LETTER MOTION for Conference / *Requesting a Pre-Motion Conference Regarding Defendants' Anticipated Motion to Dismiss* addressed to Judge Edgardo Ramos from Aaron Marks dated March 14, 2022. The parties are directed to appear for a telephonic pre-motion conference on April 14, 2022 at 9:30 am. The parties are directed to dial (877) 411-9748 and enter the access code 3029857# at that time. Plaintiff is directed to respond to Defendants' letter by March 17, 2022.SO ORDERED. Telephone Conference set for 4/14/2022 at 09:30 AM before Judge Edgardo Ramos. (Signed by Judge Edgardo Ramos on 3/14/2022) (va) (Entered: 03/15/2022) |
| 03/14/2022 | | Set/Reset Deadlines: Responses due by 3/17/2022 (ama) (Entered: 03/15/2022) |
| 03/14/2022 | | ***DELETED DOCUMENT. Deleted document number 28 Order. The document was incorrectly filed in this case. (ama)** (Entered: 03/15/2022) |
| 03/17/2022 | 28 | COUNTER LETTER MOTION for Conference re: 26 LETTER MOTION for Conference / *Requesting a Pre-Motion Conference Regarding Defendants' Anticipated Motion to Dismiss* addressed to Judge Edgardo Ramos from Aaron Marks dated March 14, 2022. addressed to Judge Edgardo Ramos from Gustave Passanante dated March 17, 2022. Document filed by DarkPulse, Inc...(Passanante, Gustave) (Entered: 03/17/2022) |
| 04/14/2022 | | Minute Entry for proceedings held before Judge Edgardo Ramos: Pre-Motion Conference held on 4/14/2022 by telephone. Plaintiff's and Defendants' counsel present. Plaintiff's amended complaint is due May 5, 2022. Defendants' answer or, if they so wish to move, motion to dismiss is due May 26, 2022. If a motion is filed, Plaintiff's response due June 16, 2022. Defendants' reply is due 6/23/2022. (jar) (Entered: 04/14/2022) |
| 05/05/2022 | 29 | FIRST AMENDED COMPLAINT amending 1 Complaint, against Eli Fireman, FirstFire Global Opportunities Fund, LLC with JURY DEMAND.Document filed by DarkPulse, Inc.. Related document: 1 Complaint,. (Attachments: # 1 Exhibit September 2018 Transaction, # 2 Exhibit April 2021 Transaction, # 3 Exhibit EDGAR Spreadsheet).(Passanante, Gustave) (Entered: 05/05/2022) |
| 05/26/2022 | 30 | MOTION to Dismiss *the First Amended Complaint*. Document filed by Eli Fireman, FirstFire Global Opportunities Fund, LLC..(Marks, Aaron) (Entered: 05/26/2022) |
| 05/26/2022 | 31 | MEMORANDUM OF LAW in Support re: 30 MOTION to Dismiss *the First Amended Complaint*. . Document filed by Eli Fireman, FirstFire Global Opportunities Fund, LLC..(Marks, Aaron) (Entered: 05/26/2022) |
| 05/26/2022 | 32 | DECLARATION of Aaron H. Marks in Support re: 30 MOTION to Dismiss *the First Amended Complaint*.. Document filed by Eli Fireman, FirstFire Global Opportunities Fund, LLC. (Attachments: # 1 Exhibit A- excerpts from DPLSs Form 424B4 Prospectus, # 2 Exhibit B- excerpts from DPLSs Form 10-Q for the quarterly period ended March 31, 2022, # 3 Exhibit C- excerpts from DPLSs Form 10-K for the annual period ended December 31, 2018, # 4 Exhibit D- excerpts from DPLSs Form S-1/A Registration Statement, # 5 Exhibit E- Registration Rights Agreement between DPLS and FirstFire, # 6 Exhibit F- Amendment No. 1 to the Convertible Promissory Note, # 7 Exhibit G- DPLSs Form 8-K 5/5/21, # 8 Exhibit H- DPLSs Form 8-K 2/7/22, # 9 Exhibit I- DPLSs Form 8-K 2/8/21, # 10 Exhibit J- DPLSs registration to do business in the state of Texas, # 11 Exhibit K- DPLSs name reservation in the state of Arizona, # 12 Exhibit L- NYS Business Search, # 13 Exhibit M- DPLSs Form 8-K/A 11/19/18, # 14 Exhibit N- DPLSs Form 10-K 12/31/19, # 15 Exhibit O- DPLSs Form 10-Q 9/30/20, # 16 Exhibit P- Visium Technologies, Inc.s Form 8-K 1/16/19).(Marks, Aaron) (Entered: 05/26/2022) |

| | | |
|---|---|---|
| 05/26/2022 | 33 | LETTER MOTION for Oral Argument *on Defendants' Motion to Dismiss the First Amended Complaint* addressed to Judge Edgardo Ramos from Aaron H. Marks, P.C. dated 05/26/2022. Document filed by Eli Fireman, FirstFire Global Opportunities Fund, LLC.. (Marks, Aaron) (Entered: 05/26/2022) |
| 06/16/2022 | 34 | MEMORANDUM OF LAW in Opposition re: 30 MOTION to Dismiss *the First Amended Complaint*. . Document filed by DarkPulse, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Passanante, Gustave) (Entered: 06/16/2022) |
| 06/20/2022 | 35 | CONSENT LETTER MOTION for Extension of Time *to file Defendants' reply in further support of their motion to dismiss* addressed to Judge Edgardo Ramos from Aaron H. Marks, P.C. dated 6/20/2022. Document filed by Eli Fireman, FirstFire Global Opportunities Fund, LLC..(Marks, Aaron) (Entered: 06/20/2022) |
| 06/21/2022 | 36 | ORDER: granting 35 Letter Motion for Extension of Time. Defendant's request for an extension is Granted. SO ORDERED. (Signed by Judge Edgardo Ramos on 6/21/2022) (ama) (Entered: 06/21/2022) |
| 06/21/2022 | | Set/Reset Deadlines: Replies due by 6/30/2022. (ama) (Entered: 06/21/2022) |
| 06/30/2022 | 37 | REPLY MEMORANDUM OF LAW in Support re: 30 MOTION to Dismiss *the First Amended Complaint*. . Document filed by Eli Fireman, FirstFire Global Opportunities Fund, LLC..(Marks, Aaron) (Entered: 06/30/2022) |
| 06/30/2022 | 38 | DECLARATION of Aaron H. Marks in Support re: 30 MOTION to Dismiss *the First Amended Complaint*.. Document filed by Eli Fireman, FirstFire Global Opportunities Fund, LLC. (Attachments: # 1 Exhibit Q).(Marks, Aaron) (Entered: 06/30/2022) |
| 09/29/2022 | 39 | LETTER addressed to Judge Edgardo Ramos from Aaron Marks, P.C. dated 09/29/2022 re: Supplemental Authority. Document filed by Eli Fireman, FirstFire Global Opportunities Fund, LLC. (Attachments: # 1 Supplement - 9/13/2022 Opinion and Order).(Marks, Aaron) (Entered: 09/29/2022) |
| 10/12/2022 | 40 | NOTICE of Supplemental Authorities re: 31 Memorandum of Law in Support of Motion, 30 MOTION to Dismiss *the First Amended Complaint*., 37 Reply Memorandum of Law in Support of Motion. Document filed by DarkPulse, Inc.. (Attachments: # 1 Exhibit Ex A - Fleetwood, # 2 Exhibit Ex B - Haymount, # 3 Exhibit Ex C - Lateral Recovery, # 4 Exhibit Ex D - AKF, # 5 Exhibit Ex E - GS Capital, # 6 Exhibit Ex F - New Y-Capp).(Benzenberg, Eric) (Entered: 10/12/2022) |
| 01/17/2023 | 41 | OPINION AND ORDER re: 30 MOTION to Dismiss *the First Amended Complaint*. filed by FirstFire Global Opportunities Fund, LLC, Eli Fireman. For the foregoing reasons, Defendants' motion to dismiss is GRANTED in its entirety. The Clerk of Court is respectfully directed to terminate the motions, Doc. 30 and 33, and to close the case. It is SO ORDERED. (Signed by Judge Edgardo Ramos on 1/16/23) (yv) Transmission to Orders and Judgments Clerk for processing. (Entered: 01/17/2023) |
| 01/17/2023 | 42 | CLERK'S JUDGMENT re: 41 Memorandum & Opinion in favor of FirstFire Global Opportunities Fund, LLC, Eli Fireman against DarkPulse, Inc. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated January 17, 2023, Defendants' motion to dismiss is GRANTED in its entirety; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 1/17/2023) (Attachments: # 1 Right to Appeal) (km) (Entered: 01/17/2023) |
| 01/17/2023 | 43 | NOTICE OF APPEAL from 42 Clerk's Judgment, 41 Memorandum & Opinion,. Document filed by DarkPulse, Inc.. Filing fee $ 505.00, receipt number ANYSDC-27212649. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: |

| | | |
|---|---|---|
| | | # 1 Exhibit Clerk's Judgment, # 2 Exhibit Opinion and Order).(Passanante, Gustave) Modified on 1/18/2023 (nd). (Entered: 01/17/2023) |
| 01/18/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 43 Notice of Appeal,..(nd) (Entered: 01/18/2023) |
| 01/18/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 43 Notice of Appeal, filed by DarkPulse, Inc. were transmitted to the U.S. Court of Appeals..(nd) (Entered: 01/18/2023) |
| 01/20/2023 | 44 | LETTER MOTION for Extension of Time to File *Motion for Attorney's Fees* addressed to Judge Edgardo Ramos from Aaron H. Marks, P.C. dated 01/20/2023. Document filed by Eli Fireman, FirstFire Global Opportunities Fund, LLC..(Marks, Aaron) (Entered: 01/20/2023) |
| 01/23/2023 | 45 | ORDER granting 44 Letter Motion for Extension of Time to File. Defendants' motion to reopen this case and for leave to file a motion for attorney's fees is granted. In the event this Court's January 17, 2023 Order is affirmed, Defendants may file the motion within two weeks after the Second Circuit issues its mandate. Plaintiff will have two weeks after Defendants file the motion to file an opposition. IT IS SO ORDERED. (Signed by Judge Edgardo Ramos on 1/23/2023) (vfr) (Entered: 01/23/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/31/2023 12:17:50 | | | |
| **PACER Login:** | MRBesq165 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-cv-11222-ER |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |