**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DARKPULSE, INC.,

                    Plaintiff,

      -against-                                       21 **CIVIL** 11222 (ER)

                                                        <u>**JUDGMENT**</u>

FIRSTFIRE GLOBAL OPPORTUNITIES
FUND, LLC, and ELI FIREMAN,

                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated January 17, 2023, Defendants' motion to dismiss is

GRANTED in its entirety; accordingly, the case is closed.

**Dated:** New York, New York

      January 17, 2023

                                       **RUBY J. KRAJICK**

                                _____

                                     **Clerk of Court**

                    **BY:**        K. Mango

                                    _____

                                     **Deputy Clerk**