## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: DarkPulse, Inc. v. FirstFire Global Opportunities Fund, LLC          Docket No.: 23-78

Lead Counsel of Record (name/firm) or Pro se Party (name): Aaron Marks, P.C., Kirkland & Ellis LLP

Appearance for (party/designation): FirstFire Global Opportunities Fund, LLC and Eli Fireman / Defendants-Appellees

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect.    The following parties do not wish to participate in this appeal:
Parties: _____
[ ] Incorrect.    Please change the following parties' designations:
Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:_____
Firm:_____
Address:_____
Telephone:_____    Fax:_____
Email:_____

## RELATED CASES

[✓] This case has not been before this Court previously.
[ ] This case has been before this Court previously.    The short title, docket number, and citation are:_____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
08/20/2013 _____OR that [ ] I applied for admission on_____or renewal on
_____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: s/ Aaron Marks, P.C.
Type or Print Name: Aaron Marks, P.C.
          OR
Signature of pro se litigant: _____
Type or Print Name:_____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.