## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: DARKPULSE, INC., Appellant v FIRSTFIRE GLOBAL OPPORTUNITY FUND, Appellee    Docket No.: 23-78

Lead Counsel of Record (name/firm) or Pro se Party (name): MARK R. BASILE, ESQ.

Appearance for (party/designation): APPELLANT

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect.   The following parties do not wish to participate in this appeal:
      Parties: _____
[ ] Incorrect.   Please change the following parties' designations:
      Party                                   Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" s

Name: MARK R. BASILE, ESQ.
Firm: THE BASILE LAW FIRM P.C.
Address: 390 N. Broadway, Ste. 140, Jericho, NY 11753
Telephone: 516.455.1500 x110                    Fax: 631-498-0478
Email: mark@thebasilelawfirm.com

### RELATED CASES

[✓] This case has not been before this Court previously.
[ ] This case has been before this Court previously.   The short title, docket number, and citation are: _____

[✓] Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles docket numbers, and citations are: EMA v JOEY, NEW YORK, et al 22-274 (on SEC Dealer Registration Issue), Adar Bays, LLC v GENESYS ID, Inc., 18-3023 (Usury issue - judgment vacated and case remanded), LG Capital Funding, LLC v Cardinal Energy Group, Inc. 19-22 (on Usury issue, Jmt Vacated and case remanded in accord. Adar Bays)

### CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that [ ] I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: *[signature]*
Type or Print Name: Mark R. Basile
      OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.