

390 North Broadway – Ste. 140 | Jericho, New York 11753
Main Telephone: (516) 455-1500 | Facsimile: (631) 498-0478

DALLAS | NEW YORK | NAPLES

February 6, 2023

Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Darkpulse, Inc. v Firstfire Global Opportunity Fund, LLC* – Case Number: 22-78

To the Clerk of Court:

We are the attorneys for Appellants Darkpulse, Inc. We submit this letter pursuant to Local Rule 32.1(a)(1)(A) requesting that Appellants' initial brief be due to be filed no later than Monday, May 1, 2023, which is 91 days from the date that the Form D was filed with this Court.

Should you have any questions or comments, please feel free to contact me at the above number.

Sincerely

/s/ Mark R. Basile
Mark Basile, Esq.
The Basile Law Firm P.C.
390 N. Broadway, Ste. 140
Jericho, NY 11753

(Attorneys for Appellant Darkpulse, Inc.)