# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **DarkPulse, Inc., Appellant v. FirstFire Global Oppt'y. Fund, App** Docket No.: **23-78**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Marjorie Santelli, Esq.**

Firm: **The Basile Law Firm, P.C.**

Address: **390 N. Broadway, Ste. 140, Jericho, NY**

Telephone: **516.455.1500**      Fax: **631.498.0478**

E-mail: **Marjorie@thebasilelawfirm.com**

Appearance for: **DarkPulse, Inc., APPELLANT**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Mark R. Basile, Gus Passanante / The Basile Law Firm** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: _/s/ Marjorie Santelli_

Type or Print Name: **Marjorie Santelli**