# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Aaron Marks, P.C.<br>To Call Writer Directly:<br>+1 212 446 4856<br>aaron.marks@kirkland.com | 601 Lexington Avenue<br>New York, NY 10022<br>United States<br><br>+1 212 446 4800<br><br>www.kirkland.com | Facsimile:<br>+1 212 446 4900 |

May 3, 2023

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *DarkPulse, Inc. v. FirstFire Global Opportunities Fund, LLC*,
Case No. 23-78

Dear Ms. Wolfe:

Pursuant to Local Rule 31.2(a)(1)(B), Defendants-Appellees FirstFire Global Opportunities Fund, LLC and Eli Fireman respectfully request a deadline of July 31, 2023 for their brief, which is 91 days from the date that Appellant DarkPulse, Inc. filed its brief with this Court.

Sincerely,

*/s/ Aaron H. Marks*
Aaron H. Marks, P.C.
*Counsel for Defendants-Appellees*
*FirstFire Global Opportunities Fund,*
*LLC & Eli Fireman*

CC: All Counsel of Record via ECF