# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 601 Lexington Avenue<br>New York, NY 10022<br>United States |  |
|---|---|---|
| Aaron H. Marks, P.C.<br>To Call Writer Directly:<br>+1 212 446 4856<br>aaron.marks@kirkland.com | +1 212 446 4800<br>www.kirkland.com | Facsimile:<br>+1 212 446 4900 |

July 31, 2023

Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *DarkPulse, Inc. v. FirstFire Global Opportunities Fund, LLC*, Case No. 23-0078

Dear Clerk of the Court:

We write to explain why Defendants-Appellees must submit a Supplemental Appendix. Despite being denoted as such, Plaintiff-Appellant's "Joint Appendix" does not include any documents designated by Defendants-Appellees.

Plaintiff-Appellant never reached out to Defendants-Appellees to discuss the filing of a joint appendix or its contents. *See* Fed. R. App. P. 30. Giving Defendants-Appellees no input on the contents of the so-called "Joint Appendix," Plaintiff-Appellant unliterally decided to include little to no exhibits filed by Defendants-Appellees in connection with the relevant briefing below. Accordingly, Defendants-Appellees respectfully submit the concurrently filed Supplemental Appendix pursuant to Local Rule of the Court of Appeals for the Second Circuit 30.1(g).

Sincerely,

s/ Aaron H. Marks

Aaron H. Marks, P.C.