

390 North Broadway – Ste. 140 | Jericho, New York 11753
MAIN TELEPHONE: (516) 455-1500 | FACSIMILE: (631) 498-0478

DALLAS | NEW YORK | NAPLES

August 1, 2023

Clerk of the Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Re: *DarkPulse, Inc, v. FirstFire Global Opportunities Fund, LLC,* Appeal No. 23-0078

We are counsel for Plaintiff-Appellant DarkPulse, Inc. We write to simply apologize for our failure to properly designate the Appendix as noted Defendant-Appellee's July 31, 2023 letter. Our inaction was simply an oversight and not intended to inconvenience Defendant-Appellees.

Respectfully submitted,
**THE BASILE LAW FIRM P.C.**

 /s/ Mark R. Basile
Mark R. Basile, Esq.
Marjorie Santelli, Esq.
390 North Broadway, Suite 140
Jericho, NY 11753
Tel.: (516) 455-1500
Fax: (631) 498-0748
Email: mark@thebasilelawfirm.com
marjorie@thebasilelawfirm.com

*Attorneys for Plaintiff-Appellant DarkPulse, Inc.*