# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: DarkPulse, Inc. v. FirstFire Global Opportunities Fund, LLC    Docket No.: 23-78

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Julia D. Harper

Firm: Kirkland & Ellis LLP

Address: 601 Lexington Avenue

Telephone: (212) 446-4800    Fax: (212) 446-4900

E-mail: julia.harper@kirkland.com

Appearance for: FirstFire Global Opportunities Fund, LLC and Eli Fireman/ Appellees-Defendants
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Aaron H. Marks/ Kirkland & Ellis LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 02/15/2023    OR

☐ I applied for admission on _____ .

Signature of Counsel: s/ Julia D. Harper

Type or Print Name: Julia D. Harper