

390 North Broadway – Ste. 140 | Jericho, New York 11753
Main Telephone: (516) 455-1500 | Facsimile: (631) 498-0478

DALLAS | NEW YORK | NAPLES

October 27, 2023

**Via ECF**
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *DarkPulse, Inc. v. FirstFire Global Opportunities Fund, LLC*,
Case No. 23-0078; Notice of Supplemental Authority

Dear Clerk of the Court:

We are counsel for Plaintiff-Appellant DarkPulse, Inc. ("DarkPulse") in the above-referenced matter. We write to provide the Court with supplemental authority relevant to DarkPulse's appeal under "Issue 1" regarding DarkPulse raising usury as a defense against enforcement of the contract.

On September 5, 2023, the Supreme Court of New York, Ontario County held that a Virginia choice-of-law provision in a loan agreement with an interest rate in violation of New York's criminal usury laws was void. *See Samson Lending LLC v. Greenfield Mgmt. LLC*, 2023 NY Slip Op 23267, at *8 (Sup. Ct., Ontario County, Sept. 5, 2023). Finding that "regardless of the agreement's provision that Virginia substantive law would apply to the agreement's terms, … the application of Virginia law (which would allow a 34% interest rate) would be so violative of New York's public policy that the choice-of-law provision is invalid[,]" the Court applied New York law, declared the agreement void, and granted the defendant-borrowers' motion to dismiss the plaintiff's complaint. *Id.* at *5. A copy of that decision is annexed hereto as **Exhibit A**.

We thank the Court for its consideration and attention to this matter.

Respectfully submitted,

**THE BASILE LAW FIRM P.C.**

*/s/ Mark R. Basile*
Mark R. Basile, Esq.
Marjorie Santelli, Esq.
390 North Broadway, Suite 140
Jericho, NY 11753

Clerk of the Court
*DarkPulse, Inc. v. FirstFire Global Opportunities Fund, LLC*,
Case No. 23-0078
October 27, 2023
Page **2** of **2**

      Tel.:    (516) 455-1500
      Fax:   (631) 498-0748
      Email:  mark@thebasilelawfirm.com
                 marjorie@thebasilelawfirm.com

*Attorneys for Plaintiff-Appellant DarkPulse, Inc.*

Cc:     All Counsel of Record via ECF