# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

Aaron Marks, P.C.
To Call Writer Directly:
+1 212 446 4856
aaron.marks@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

November 3, 2023

**VIA ECF**
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re: *DarkPulse, Inc. v. FirstFire Global Opportunities Fund, LLC*, Case No. 23-0078

Dear Clerk of the Court:

Defendant-Appellee FirstFire Global Opportunities Fund, LLC ("FirstFire") hereby responds to Plaintiff-Appellant DarkPulse, Inc.'s ("DarkPulse") "Notice of Supplemental Authority", dated October 27, 2023 (Dkt. No. 74-1).

First, DarkPulse's purported supplemental authority is not "pertinent" or "significant." *See* Fed. R. App. P. 28(j). *Samson Lending LLC v. Greenfield Mgmt. LLC* addressed the enforceability of a choice-of-law provision under New York law. (Dkt. No. 74-2 at 13-14.) But here, there is no dispute that federal common law governs the enforceability of the forum-selection clause at issue, not New York law. *See Martinez v. Bloomberg LP*, 740 F.3d 211, 217 (2d Cir. 2014).

Second, DarkPulse cannot raise new arguments on appeal under the guise of notifying the Court of a supplemental authority. *See United States v. Brown*, 797 Fed. App'x 52, n.1 (2d Cir. 2019). The court in *Samson Lending* refused to enforce a contractual choice-of-law provision on public policy grounds. Although DarkPulse has argued that the overall contract here is unlawful and therefore "void *ab initio*," DarkPulse has not challenged the forum-selection or choice-of-law clauses at issue on such grounds in this appeal, and cannot do so for the first time now.

For these reasons, FirstFire respectfully requests that the Court disregard DarkPulse's purported supplemental authority.

Austin  Bay Area  Beijing  Boston  Brussels  Chicago  Dallas  Hong Kong  Houston  London  Los Angeles  Miami  Munich  Paris  Salt Lake City  Shanghai  Washington, D.C.

## KIRKLAND & ELLIS LLP

Case No. 23-0078
November 3, 2023
Page 2

Sincerely,

Aaron Marks, P.C.
*Counsel for Defendant-Appellee FirstFire*
*Global Opportunities Fund, LLC*