# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 601 Lexington Avenue<br>New York, NY 10022<br>United States |  |
|---|---|---|
| Aaron Marks, P.C.<br>To Call Writer Directly:<br>+1 212 446 4856<br>aaron.marks@kirkland.com | +1 212 446 4800<br><br>www.kirkland.com | Facsimile:<br>+1 212 446 4900 |

December 12, 2023

**VIA ECF**
Catherine O'Hagan Wolfe
Clerk of Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *DarkPulse, Inc. v. FirstFire Global Opportunities Fund, LLC*, No. 23-00078

Dear Ms. Wolfe:

Defendant-Appellee FirstFire Global Opportunities Fund, LLC requests the Court's permission to attorney Julia D. Harper of Kirkland & Ellis LLP to bring a laptop computer into the courtroom for oral argument in the appeal of this matter to be heard on Wednesday, December 13, 2023 at 10 a.m, for the purpose of referencing the appendices in this case.

Sincerely,

*/s/ Aaron Marks*

Aaron Marks, P.C.