## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of December, two thousand twenty three,

_____

| | |
|---|---|
| DarkPulse, Inc., | **ORDER** |
| | Docket No. 23-78 |
| Plaintiff - Appellant, | |
| v. | |
| FirstFire Global Opportunities Fund, LLC, Eli Fireman, | |
| Defendants - Appellees. | |

_____

Julia D. Harper, Esq. is hereby authorized to bring a personal laptop computer into Courtroom 1703 of the Thurgood Marshall U.S. Courthouse for the limited purpose of readily accessing briefs, appendices, and other material directly related to oral argument in the above-referenced matter scheduled for Wednesday, December 13, 2023. Any use of the device is limited to the lawyers' anteroom, counsel's table and the podium.

Counsel identified in this Order certifies that she will not use the device in the designated areas to make or record images or sounds or to send or receive wireless transmissions. Counsel also certifies that the device lacks any infrared ports or alternatively that counsel has disabled all infrared ports.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court